JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for:
Santander Consumer USA Inc. dba Chrysler Capital, servicer for CCAP Auto Lease Ltd., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Yessenia Rosa Chavez<br>*aka* Yessenia R Magallon<br>*aka* Yessenia Rosa Magallon<br>*aka* Yessenia Magallon<br>Eduardo Ivan Chavez<br>*aka* Eduardo I Chavez<br>*aka* Eduardo Chavez,<br><br>Debtors.<br>_______________________________<br>Santander Consumer USA Inc. dba Chrysler Capital, servicer for CCAP Auto Lease Ltd., its assignees and/or successors,<br><br>Secured Creditor,<br>v.<br><br>Yessenia Rosa Chavez and Eduardo Ivan Chavez, Debtors; and David Cusick, Chapter 13 Trustee,<br><br>Respondents. | Case No. 25-22533<br><br>DC No.: JCW-1<br><br>Chapter 13<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: 10/20/2026<br>Time: 11:00AM<br>Ctrm: 35, 6th Floor<br>Place: 501 I Street<br>Sacramento, CA 95814<br><br>*Judge: Hon. Christopher M. Klein* |

Santander Consumer USA Inc. dba Chrysler Capital, servicer for CCAP Auto Lease Ltd., its assignees and/or successors ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party so that moving party and its Agent may commence and continue all acts necessary to repossess under the California Motor Vehicle Lease Agreement - Closed End ("The Contract") secured by the Debtors' personal property, commonly known as 2024 Jeep Grand Cherokee VIN: 1C4RJKBG1R8514464 , ("Vehicle" herein).

A copy of Secured Creditor's Relief from Stay Information Sheet is filed concurrently herewith as a separate document pursuant to Local Rules of Court.

Yessenia Rosa Chavez and Eduardo Ivan Chavez executed a California Motor Vehicle Lease Agreement - Closed End secured by the Vehicle, 2024 RAM 1500 VIN: 1C6SRFJT0RN203990 ("Vehicle" herein). Debtors are the guarantors under The Contract. *See* **Exhibit "A"**. The Vehicle is registered with the California DMV. See a copy of the California Certificate of Title Information attached as **Exhibit "B".**

The estimated replacement value a retail merchant would charge for the Collateral is $35,500.00. A copy of the N.A.D.A. Official Used Car Guide is attached as **Exhibit "C"**.

Pursuant to 11 U.S.C. § 362(d)(1), Movant is entitled to relief from the automatic stay to enforce its lien for cause, including lack of adequate protection of any interest in the property. Courts can look to "equity cushion" to determine whether there is sufficient adequate protection in personal property. In re Mellor, 734 F.2d 1396, 1401 (9th Cir. 1984) and In re San Clemente Estates, 5 B.R. 605, 610 (Bkrtcy. S.D. Cal. 1980). Here, the underlying debt arises from an Automobile Lease Agreement wherein the Debtor does not have or retain equity interest in the Vehicle. In addition, Debtor has not been able to maintain adequate protection by making the required payments under the Lease. Failure of Debtor to make payments to Movant as required by the Lease constitutes cause for relief from stay. The Lease is in default for 2.824 payments for a total default of $2,329.86. The subject lease is assumed under Debtors' Chapter 13 Plan, with post-petition payments to be made directly to Movant. Debtors have failed to maintain the required post-petition payments.

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the repossession under Secured Creditor's Contract, and to sell the subject Property at sale under the terms of the Contract to proceed with any and all post repossession sale remedies, including any other action necessary to obtain possession of the Property.
2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(4) be waived.
3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.
4. For such other relief as the Court deems proper.

Dated: September 17, 2026 McCarthy & Holthus, LLP

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for Santander Consumer USA Inc. dba Chrysler Capital, servicer for CCAP Auto Lease Ltd., its assignees and/or successors